```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__03/20/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B&H FOTO & ELECTRONICS CORP.,

Plaintiff,

-against-

EARTHCAM, INC.,

Defendant.

23-CV-07633 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

As discussed during the conference on March 19, 2024, it is hereby ORDERED that Defendant shall file either its answer (with any counterclaims) or motion to dismiss no later than **April 10, 2024**.

If Defendant files a motion to dismiss, then the briefing schedule shall be as follows:

- Plaintiff's opposition shall be due **May 3, 2024**; and
- Defendant's reply shall be due **May 17, 2024**.

If Defendant files an answer, then, pursuant to the Court's Individual Rules, the parties shall file a joint Civil Case Management Plan no later than **April 26, 2024**.

Dated:  March 20, 2024
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge